■ JOHN SNARE et al., Respondents, v. URAN MINING CORP., Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before August 15, 1959.

■ ELAINE LEWIS, Appellant, v. CO-OPERATIVE P & C FAMILY FOODS, INC., Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before September 1, 1959.

■ HAROLD G. LEWIS, Appellant, v. CO-OPERATIVE P & C FAMILY FOODS, INC., Respondent.— Appeal dismissed unless printed records and briefs are filed and served on or before September 1, 1959.

■ CONSTANCE W. FORD et al., Respondents, v. HERTEL-BAILEY PROPERTIES, INC., Appellant.— Appeal dismissed unless printed records and briefs are filed and served on or before August 15, 1959.

■ ANITA ORLANDO et al., Respondents-Appellants, v. NATIONWIDE MUTUAL INSURANCE Co., Appellant-Respondent.— Appeal of Nationwide Co. dismissed unless printed briefs are filed and served on or before July 25, 1959; appeal of plaintiffs dismissed unless printed briefs are filed and served on or before August 25, 1959.

■ In the Matter of ALFRED J. BENTLEY, Appellant, against ANTHONY A. HENNINGER, as Mayor, Respondent.— Motion granted and time for filing and serving typewritten records and briefs on appeal extended to August 10, 1959.

■ DOMINIC PIAMPIANO, Appellant, v. JAMES J. GARLAND, Respondent. (One Other Action.) — Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY A. MUCHA, Appellant.— Motion granted and appeal dismissed.